**1016**

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.

E. B. SWOPE, Warden, U. S. Penitentiary, McNeil Island, Washington, Appellant, v. Ponce M. TORRES, Appellee.

No. 9128.

Circuit Court of Appeals, Ninth Circuit.

March 20, 1939.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Oliver Malm, Asst. U. S. Atty., of Tacoma, Wash., for appellant.

Irvin Goodman and Leo Levenson, both of Portland, Or., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal in this cause, 25 F.Supp. 483, dismissed that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

THEILING–LOTHMAN MANUFACTUR-ING CO. et al., Appellants, v. BREMEN BANK & TRUST CO. et al.

No. 11280.

Circuit Court of Appeals, Eighth Circuit.

Nov. 18, 1938.

J. Marvin Krause, Robert T. Hensley, and Noah Weinstein, all of St. Louis, Mo., for appellant.

Ernest A. Green, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal allowed by Appellate Court dismissed per stipulation of parties.

THEILING–LOTHMAN MANUFACTUR-ING CO. et al., Appellants, v. BREMEN BANK & TRUST CO. et al.

No. 11362.

Circuit Court of Appeals, Eighth Circuit.

Nov. 18, 1938.

J. Marvin Krause, Noah Weinstein, and I. H. Gamble, all of St. Louis, Mo., for appellants.

Ernest A. Green, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal allowed by District Court dismissed per stipulation of parties.

Ethel THENIS, Administratrix de bonis non for the Estate of Jacob Thenis, and Mathias Thenis, Plaintiffs-Appellees, v. The UNITED STATES of America, Defendant-Appellant.

No. 6720.

Circuit Court of Appeals, Seventh Circuit.

Feb. 13, 1939.

Val Nolan, U. S. Atty., of Indianapolis, Ind.

Telford B. Orbison, of New Albany, Ind., for plaintiffs-appellees.

Before SPARKS and KERNER, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated by and between the United States of America, defendant-appellant, and Ethel Thenis, Administratrix de bonis non for the estate of Jacob Thenis, and Mathias Thenis, plaintiffs-appellees, that this appeal be dismissed without costs."

On consideration whereof, it is now here ordered and adjudged by this court